ANDREA M. MILLER [SBN: 88992]
**NAGELEY, MEREDITH & MILLER, INC.**
8001 Folsom Boulevard, Suite 100
Sacramento, CA  95826
T: (916) 386-8282 F: (916) 386-8952

ROBERT R. POWELL [SBN: 159747]
DENNIS R. INGOLS [SBN: 236458]
**LAW OFFICES OF ROBERT R. POWELL**
925 West Hedding Street
San Jose, CA 95126
T: (408) 553-0200 F: (408) 553-0203
rpowell@rrpassociates.com

Attorneys for Plaintiffs
JERRY & BRIGIT BARNES, individually
And AL BRODIE as G.A.L. for M.X. and R.X.


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA
(Sacramento Division)

| | |
|---|---|
| JERRY BARNES, et. al | Case No.:  C 07 01678 LEW JFM |
| Plaintiffs, | **ORDER APPOINTING GUARDIAN AD LITEM** |
| vs. | |
| COUNTY OF PLACER, et al. | |
| Defendants. | |

Based on a review of Plaintiff Jerry Barnes' Motion for Appointment of Guardian Ad Litem to Represent Minor Plaintiffs M.X. and R.X., and the declarations submitted in support thereof, inclusive of the declaration of Albert Brodie evidencing his consent to act in the capacity of Guardian Ad Litem for M.X. and R.X., the Court hereby finds and orders as follows:

PDF created with pdfFactory trial version www.pdffactory.com

1.  Albert Brodie is hereby appointed as Guardian Ad Litem for minor Plaintiffs M.X. and

R.X. in the above-entitled action.

IT IS SO ORDERED.


Date:  March 20, 2008                         /s/ Ralph R. Beistline
                                              UNITED STATES DISTRICT
                                              COURT JUDGE

ORDER APPOINTING G.A.L.                          2
Barnes v. County of Placer
U.S. District Court – Eastern District of California
Case No. C 07 01678 LEW JFM

PDF created with pdfFactory trial version www.pdffactory.com