IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIGIT BARNES, etc., et al.,

    Plaintiffs,       No. 2:07-cv-1678 JAM JFM

   vs.

COUNTY OF PLACER, et al.,

    Defendants.       ORDER
_____/

        On November 3, 2008, defendants filed an ex parte application for an order to permit the filing of 1) defendants' motion to compel a mental examination of plaintiffs M.X. and R.X., and 2) defendants' motion to compel testimony of SELAH counselors (Kathy Pieper, Margy Staurseth-Grebe, and Ryan Walsh) who have counseled M.X. and R.X., and production of SELAH counseling records pertaining to M.X. and R.X., at a deposition, as paper documents under seal, and a declaration of David K. Huskey in support thereof. On November 6, 2008, plaintiffs filed a statement of non-opposition to that request. Good cause appearing,

        IT IS HEREBY ORDERED that:

        1. Defendants' November 3, 2008 application (docket no. 24) is granted;

        2. Defendants may file both of the above-referenced motions in paper form, and those motions will be placed under seal by the Court. Plaintiffs' opposition to those motions, if any, and defendants' reply to opposition, if any, will also be filed and handled in the same

1

manner by the Court as the moving papers, including being filed under seal.  Any additional documents related to these motions, such as a joint stipulation in compliance with local rules, will be filed and handled by the Court in the same manner and sealed from public access.

DATED:  November 19, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/001; barnes.sea