IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIGIT BARNES, etc., et al.,

    Plaintiffs,      No. 2:07-cv-1678 JAM JFM

    vs.

COUNTY OF PLACER, et al.,

    Defendants.      <u>ORDER</u>

_____/

    Having read and considered the application to move the hearing date of defendant's motion to compel deposition testimony and production of documents, filed by defendants County of Placer, Emily Hill, Christy Simpson and Deputy Harroun, and for good cause shown,

    IT IS HEREBY ORDERED that defendants' application (docket no. 38) is granted; the hearing date of defendants' motion to compel deposition testimony and production of documents at a deposition (docket no. 28) is continued from December 11, 2008 at 11:00 a.m. to December 18, 2008 at 11:00 a.m. in Courtroom #27 before the undersigned.

DATED: December 8, 2008.

                                                        /s/ John F. Moulds
                                                         UNITED STATES MAGISTRATE JUDGE

/001; barnes.con