PLACER COUNTY COUNSEL'S OFFICE
David K. Huskey (SBN 109329)
175 Fulweiler Avenue
Auburn, CA  95603
Telephone:  530-889-4044
Fax:  530-889-4069

Attorneys for Defendants COUNTY OF PLACER, EMILY HILL,
CHRISTY SIMPSON and DEPUTY HARROUN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGIT BARNES, individually and as Guardian Ad Litem for minor children R.X. and M.X., JERRY BARNES,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF PLACER, EMILY HILL, individually and as an employee of the County of Placer, CHRISTY SIMPSON, individually and as an employee of the County of Placer, DEPUTY HARROUN, individually and as an employee of the County of Placer, and Does 1-50 inclusive.<br><br>　　　　　Defendants. | Case No.:  2:07-cv-01678-JAM-JFM<br><br>STIPULATION AND ORDER TO CHANGE DATES OF IME EXAMS |

　　　Defendants' motion to compel the Independent Medical Examinations (IMEs) of M.X. and R.X., heard on December 18, 2008, was unopposed by plaintiffs and therefore granted by the Court by order dated December 19, 2008.  That order reflects defendants' request in their moving papers that the IME of M.X. to take place in the office of Dr. Charles Scott, defendants' retained psychiatric expert, on January 9, 2009, and the IME of R.X. to take place in Dr. Scott's office on January 23, 2009.

However, defendants' counsel selected those January, 2009 dates before the Court granted the parties' application for order to amend the Pre-trial Scheduling Order.  That amendment changed the date for disclosure of experts from February 12, 2009 to May 6, 2009.

In addition, shortly before the December 18, 2009 hearing of defendants' motion to compel the IME of M.X. and R.X., Dr. Scott requested later dates for the IMEs because his schedule in January had become increasingly difficult to manage.  He proposed new dates of March 2, 2009 and March 6, 2009.  Defendants' counsel circulated those dates to plaintiffs' counsel, and plaintiffs' counsel have agreed to them.

The focus of the December 18, 2008 hearing was defendants' other motion, the motion to compel the production of records from SELAH counseling, and the deposition of SELAH counselors Kate Pieper, Margy Staurserth-Grebe, and Ryan Walsh, which was opposed by the SELAH counselors.  While accommodating the requests of Ms. Miller and counsel for SELAH for more time to produce and review the SELAH records prior to production, defendants' counsel unfortunately did not clarify for the court that the proposed IME dates had changed from January 9 and January 23, 2009 to March 2 and March 6, 2009 respectively.

Defendants' counsel was on vacation when the court's order directed that the IMEs take place on January 9 and January 23, 2009 and did not return to his office until January 5, 2009.  When defendants' counsel saw the incorrect dates in the December 19, 2008 order, he requested an amendment to the order to correct the IME dates which plaintiff's counsel supported.  The Court indicated that it preferred counsel to submit a stipulation and order to change the IME dates.

For the reasons stated above, the parties hereby stipulate that the IME of M.X. should take place on March 2, 2009 at the time, location, and under the same conditions it was originally set to take place on January 9, 2009.  The parties further stipulate that the IME of R.X. should take place on March 6, 2009 at the same time and location, and under the same conditions as is was originally set to take place on January 23, 2009.  Thus, the only alteration in the IMEs

ordered by the Court on December 19, 2008 resulting from this stipulation and order is the change of IME dates from January 9, 2009 for M.X., and January 23, 2009 for R.X., to March 2, 2009 for M.X. and March 6, 2009 for R.X.

Dated: January 13, 2009　　　　　　　PLACER COUNTY COUNSEL'S OFFICE

　　　　　　　　　　　　　　　　　　By:　　/s/ DAVID K. HUSKEY
　　　　　　　　　　　　　　　　　　　　　　DAVID K. HUSKEY
　　　　　　　　　　　　　　　　　　Attorneys for Defendants COUNTY OF
　　　　　　　　　　　　　　　　　　PLACER, EMILY HILL, CHRISTY
　　　　　　　　　　　　　　　　　　SIMPSON and DEPUTY HARROUN

Dated: January 12, 2009　　　　　　　LAW OFFICES OF ROBERT POWELL


　　　　　　　　　　　　　　　　　　By:　/s/ Robert R. Powell
　　　　　　　　　　　　　　　　　　　　　ROBERT R. POWELL
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs


Dated: January 9, 2009　　　　　　　　NAGELEY, MEREDITH & MILLER, INC.

　　　　　　　　　　　　　　　　　　BY:　/s/ Andrea M. Miller
　　　　　　　　　　　　　　　　　　　　　ANDREA M. MILLER
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

## ORDER

The foregoing stipulation being unopposed and showing good cause, it is hereby ordered that the IME of M.X. shall take place on March 2, 2009 under the same terms and conditions, and the same time and location, as was originally agreed to by the parties. Furthermore, the IME of R.X. shall take place on March 6, 2009 under the same terms and conditions, and the same time and location, as was originally agreed to by the parties.

DATED: January 14, 2009.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ John F. Moulds
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/001; barnes.stip