ROBERT R. POWELL, ESQ. [SBN: 159747]
**LAW OFFICES OF ROBERT R. POWELL**
925 West Hedding Street
San José, California 95126
T: 408-553-0200
F: 408-553-0203

ANDREA M. MILLER, ESQ. [SBN: 88992]
**NAGELEY, MEREDITH & MILLER, INC.**
8001 Folsom Boulevard, Suite 100
Sacramento, CA 95826
T: (916) 386-8282
F: (916) 386-8952

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA
(Sacramento Division)

| | |
|---|---|
| BRIGIT BARNES, individually and as Guardian Ad Litem for minor children R.X. and M.X, JERRY BARNES,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF PLACER, et al.,<br><br>    Defendants. | Case No. 2:07 CV 01678 JAM-JFM<br><br>STIPULATION AND ORDER RE: DISMISSAL CHRISTY SIMPSON |

The parties hereto, by and through their attorneys of record, do hereby agree and stipulate as follows, and request this court order same;

1. Defendant CHRISTY SIMPSON is dismissed from all causes of action in the complaint in this matter with prejudice, the parties to bear their own attorney fees and costs as

//

1

Stipulation and Order Re: Dismissal C. Simpson
Barnes v. Placer County

PDF created with pdfFactory trial version www.pdffactory.com

attributable to Ms. Simpson in this litigation.

**IT IS SO STIPULATED.**


____/S/ David Huskey____   3/23/09         ____/S/ Robert Powell____   3/23/09
Attorney for County of Placer and          Attorney for Plaintiffs
Christy Simpson


ORDER

     Based on the foregoing stipulation of the parties, and good cause appearing therefore, the court hereby adopts the stipulation of the parties as an order of this court.

IT IS SO ORDERED.

Date: March 30, 2009                       /s/ John A. Mendez_____
                                                   JUDGE JOHN A. MENDEZ
                                                   EASTERN DISTRICT COURT OF
                                                   CALIFORNIA - SACRAMENTO

Stipulation and Order Re: Dismissal C. Simpson
Barnes v. Placer County

PDF created with pdfFactory trial version www.pdffactory.com