ROBERT R. POWELL, ESQ. [SBN: 159747]
**LAW OFFICES OF ROBERT R. POWELL**
925 West Hedding Street
San José, California 95126
T: 408-553-0200
F: 408-553-0203

ANDREA M. MILLER, ESQ. [SBN: 88992]
**NAGELEY, MEREDITH & MILLER, INC.**
8001 Folsom Boulevard, Suite 100
Sacramento, CA 95826
T: (916) 386-8282
F: (916) 386-8952

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA
(Sacramento Division)

| | |
|---|---|
| BRIGIT BARNES, et al.<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF PLACER, et al.,<br><br>Defendants. | Case No. 2:07 CV 01678 JAM-JFM<br><br>STIPULATION AND ORDER RE: BILL OF COSTS |

The parties hereto, by and through their respective counsel, do hereby agree and stipulate as follows, and request this court order same:

1. Ruling on, and enforcement of the Defendants' August 17, 2009 Bill of Costs, is hereby stayed, pending resolution of Plaintiffs' appeal, which was timely filed on August 18, 2009, pursuant to Federal Rule of Appellate Procedure 4.



PDF created with pdfFactory trial version www.pdffactory.com

2. This order does not in any manner prohibit Plaintiffs or Defendants from any efforts to seek costs, and/or further or additional costs, as such costs may be related to the Plaintiffs' appeal to the 9th Circuit Court of Appeal of the August 11, 2009 Judgment.

IT IS SO STIPULATED.

Dated: 8/21/09

/S/ David Huskey
David Huskey – Attorney for Defendants

Dated: 8/21/09

/S/ Dennis R. Ingols
Dennis R. Ingols – Attorney for Plaintiffs

**ORDER**

Based on the foregoing stipulation of the parties, and good cause appearing therefore, the court hereby adopts the stipulation of the parties as an order of this court.

IT IS SO ORDERED.

Dated: August 28, 2009

/s/ John A. Mendez
JUDGE JOHN A. MENDEZ
U.S. DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA



PDF created with pdfFactory trial version www.pdffactory.com