1 | ROBERT R. POWELL, ESQ. [SBN: 159747]
2 | **LAW OFFICES OF ROBERT R. POWELL**
  | 925 West Hedding Street
3 | San José, California  95126
  | T: 408-553-0200
4 | F: 408-553-0203

5 | ANDREA M. MILLER, ESQ. [SBN: 88992]
  | **NAGELEY, MEREDITH & MILLER, INC.**
6 | 8001 Folsom Boulevard, Suite 100
  | Sacramento, CA  95826
7 | T: (916) 386-8282
  | F: (916) 386-8952
8 |
9 | Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA
(Sacramento Division)

| BRIGIT BARNES, et al. | ) | Case No. 2:07 CV 01678 JAM-JFM |
|---|---|---|
| | ) | |
| Plaintiffs, | ) | ORDER GRANTING |
| | ) | MOTION TO CORRECT RECORD |
| v. | ) | F.R.A.P. (10)(e)(2)(b) |
| | ) | |
| COUNTY OF PLACER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

//
//
//
//
//
//
//
//

1

Order Granting Motion to Correct Record
Barnes v. Placer County

PDF created with pdfFactory trial version www.pdffactory.com

The Court having read and considered Plaintiffs' Notice of Motion and Motion to Correct Record, the Declaration of counsel submitted in support thereof, and any opposition or non-opposition filed by any Defendant(s), and good cause appearing therefore,

IT IS HEREBY ORDERED THAT, the record is corrected to include the following documents:

- M. X. Deposition, pages 50, 53 & 71;
- J. Barnes Deposition, pages 112, 240-255;
- B. Barnes Deposition, page 9;
- E. Hill Deposition, Vol. I - pages 43, 44// Vol. II - page 150;
- R. X. Deposition, Pages 1,2,3, 26 & 29.

Dated: January 5, 2010          /s/ John A. Mendez
                                United States District Court Judge
                                Eastern District of California

2

Order Granting Motion to Correct Record
Barnes v. Placer County

PDF created with pdfFactory trial version www.pdffactory.com